# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
SUSAN J. LIPAROTA § Case No. 1:11-10650-JPC
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that STEVEN R. RADTKE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee application(s) and any objection to the Final Report will be held at:
9:30 a.m. on April 5, 2012
in Courtroom 680, U. S. Courthouse
219 South Dearborn Street, Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee application(s), the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____  By: _____Kenneth S. Gardner_____
Clerk of the Bankruptcy Court

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
SUSAN J. LIPAROTA § Case No. 1:11-10650-JPC
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 15,153.45 |
| and approved disbursements of | $ | 2,853.14 |
| leaving a balance on hand of[1] | $ | 12,300.31 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: TRUSTEE STEVEN R. RADTKE | $ 1,981.96 | $ 0.00 | $ 1,981.96 |
| Trustee Expenses: TRUSTEE STEVEN R. RADTKE | $ 5.55 | $ 0.00 | $ 5.55 |
| Attorney for Trustee Fees: Steven R. Radtke | $ 5,000.00 | $ 0.00 | $ 5,000.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 6,987.51 |
| Remaining Balance | | | $ 5,312.80 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,843.07 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 22.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | N. A. Fia Card Services | $ 16,111.31 | $ 0.00 | $ 3,589.98 |
| 2 | Fifth Third Bank | $ 5,256.60 | $ 0.00 | $ 1,171.29 |
| 3 | N. A. Chase Bank Usa | $ 1,251.99 | $ 0.00 | $ 278.97 |
| 4 | N. A. Chase Bank Usa | $ 975.02 | $ 0.00 | $ 217.26 |
| 5 | Von Maur | $ 77.05 | $ 0.00 | $ 17.17 |
| 6 | Ge Money Bank | $ 84.11 | $ 0.00 | $ 18.74 |
| 7 | Ge Money Bank | $ 86.99 | $ 0.00 | $ 19.39 |

Total to be paid to timely general unsecured creditors      $    5,312.80

Remaining Balance      $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Steven R. Radtke
Steven R. Radtke, Trustee

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 11-10650-JPC
Susan J. Liparota                                                     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1            User: cgreen              Page 1 of 3              Date Rcvd: Mar 07, 2012
                                Form ID: pdf006           Total Noticed: 65

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2012.
```
db         +Susan J. Liparota,    805 Seeley Avenue,    Apt #4A,    Park Ridge, IL 60068-5909
aty        +Chill Chill & Radtke PC,    Steven R Radtke,    Chill Chill & Radtke PC,    79 W Monroe Street,
             Suite 1305,    Chicago, IL 60603-4925
16960080    Bank of America,    4060 Ogletown Stanton Rd,    Newark, DE 19713-3102
16960081    Bank of America,    P.O. Box 15027,    Wilmington, DE 19850-5027
16960082   +Bank of America,    201 N. Tyron St.,    Charlotte, NC 28255-0001
16960084   +Blmdsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
16960085  ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
            (address filed with court: Capital One,    Po Box 85520,    Richmond, VA 23285)
16960094  ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
            (address filed with court: Chrysler Financial,    5225 Crooks Rd Ste 140,    Troy, MI 48098)
16960086   +Capital One Bank,    4851 Cox Road,    Glen Allen, VA 23060-6293
16960087    Capital One Services, Inc.,    P.O. Box 85617,    Richmond, VA 23276-0001
16960089   +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
16960090   +Chase,   P.O. Box 15153,    Wilmington, DE 19886-5153
16960093   +Chase,   800 Brooksedge,    Westerville, OH 43081-2822
16960091   +Chase,   800 Brooksedge Blvd,    Westerville, OH 43081-2822
16960092   +Chase,   200 White Clay Center Drive,    Newark, DE 19711-5466
17582553    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16960098   +Citi,   1500 Boltonfield Street,    Columbus, OH 43228-3669
16960095   +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
16960096    Citi,   P.O. Box 6248,    Sioux Falls, SD 57117-6248
16960097    Citi,   Box 6000,    The Lakes, NV 89163-6000
16960099   +Citi Cards,    P.O. Box 688904,    Wilmington, DE 19886-0001
16960101   +Citi Flex,    Po Box 6241,    Sioux Falls, SD 57117-6241
17517601    FIA CARD SERVICES, N.A.,    Bank of America, NA (USA) &,    MBNA America Bank, NA,    PO Box 15102,
             Wilmington, DE 19886-5102
16960109  ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
             GRAND RAPIDS MI 49546-6253
            (address filed with court: Fifth Third Bank,    1MOC2G-4050,    38 Fountain Square Plz,
             Cincinnati, OH 45263-0001)
16960104   +Fifth Third Bank,    5050 Kingsley Drive,    Cincinnati, OH 45227-1115
16960108   +Fifth Third Bank,    5050 Kingsley Drive, First Floor,    MD 1MO810,    Cincinnati, OH 45227-1115
16960107    Fifth Third Bank,    P.O. Box 740789,    Cincinnati, OH 45274-0789
17558539   +Fifth Third Bank,    PO BOX 829009,    Dallas, TX 75382-9009
16960110   +Frank Liparota,    5240 N. Meade,    Chicago, IL 60630-1041
16960117   #HSBC,   P.O. Box 5608,    Glendale Heights, IL 60139-5608
16960118   +HSBC Bank,    P.O. Box 5253,    Carol Stream, IL 60197-5253
16960119    HSBC Card Services,    P.O. Box 17051,    Baltimore, MD 21297-1051
16960121   +HSBC/Carson,    P.O. Box 15521,    Wilmington, DE 19850-5521
16960120   +Hsbc/Carsn,    Po Box 15521,    Wilmington, DE 19850-5521
16960122   +Hsbc/Wicks,    90 Christiana Rd,    New Castle, DE 19720-3118
16960124    Lord Tayor,    424 5th Avenue,    New York, NY 10018-2771
16960125   +Macys,   9111 Duke Blvd,    Mason, OH 45040-8999
16960126    Macys,   P.O. Box 183084,    Columbus, OH 43218-3084
16960127   +Nbgl Carsons,    140 Industrial Drive,    Elmhurst, IL 60126-1602
16960130  ++OXFORD BANK & TRUST,    PO BOX 129,    ADDISON IL 60101-0129
            (address filed with court: Oxford Bank and Trust,    1100 West Lake St,    Addison, IL 60101)
16960129   +Oxford Bank & Trust,    P.O. Box 129,    Addison, IL 60101-0129
16960128   +Oxford Bank & Trust,    1111 W. 22nd St. Suite 800,    Oak Brook, IL 60523-1936
16960131    Radio/Cbsd,    Po Box 7038,    Sioux Falls, SD 57117-7038
16960133   +Resurrection Medical Center,    7435 West Talcott Avenue,    Chicago, IL 60631-3746
16960132    Resurrection Medical Center,    P.O. Box 220281,    Chicago, IL 60622-0281
16960134   +Rnb-Fields3,    Po Box 9475,    Minneapolis, MN 55440-9475
16960135   +Sears/Cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
16960136   +Sunset Village,    2450 Waukegan Road,    Northfield, IL 60093-2723
16960137   +Sunset Village LTD Partnership,    2450 Waukegan Road,    Northfield, IL 60093-2723
16960138   +Target Nb,    Po Box 673,    Minneapolis, MN 55440-0673
16960141  ++VON MAUR INC,    6565 BRADY STREET,    DAVENPORT IA 52806-2054
            (address filed with court: Von Maur,    6565 Brady St,    Davenport, IA 52806-2054)
16960139    Van Maur,    6565 Brady Street,    Davenport, IA 52806-2054
16960140   +Visdsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
16960143   +Wfnnb/Lane Bryant,    4590 E Broad St,    Columbus, OH 43213-1301
16960144   +Wfnnb/Woman/Within,    4590 E Broad St,    Columbus, OH 43213-1301
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16960102   +E-mail/Text: legalcollections@comed.com Mar 08 2012 02:44:33     Com ed,    P.O. Box 805379,
             Chicago, IL 60680-4179
16960103    E-mail/Text: legalcollections@comed.com Mar 08 2012 02:44:33     Com ed,    P.O. Box 6111,
             Carol Stream, IL 60197-6111
17806832    E-mail/PDF: gecsedi@recoverycorp.com Mar 08 2012 03:34:23     GE Money Bank,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16960111   +E-mail/PDF: gecsedi@recoverycorp.com Mar 08 2012 03:34:22     GE Money Bank attn Bankruptcy dept.,
             P.O. Box 103104,    Roswell, GA 30076-9104
```

```
District/off: 0752-1           User: cgreen              Page 2 of 3              Date Rcvd: Mar 07, 2012
                               Form ID: pdf006          Total Noticed: 65

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
16960115      E-mail/PDF: gecsedi@recoverycorp.com Mar 08 2012 03:34:23     GEMB/Lord & Taylor,   PO Box 981400,
              El Paso, TX 79998-1400
16960112     +E-mail/PDF: gecsedi@recoverycorp.com Mar 08 2012 03:34:23     Gemb/Jcp,   Po Box 984100,
              El Paso, TX 79998-4100
16960113     +E-mail/PDF: gecsedi@recoverycorp.com Mar 08 2012 03:34:22     Gemb/L&T,   Po Box 981400,
              El Paso, TX 79998-1400
16960114     +E-mail/PDF: gecsedi@recoverycorp.com Mar 08 2012 03:34:23     Gemb/Linen N Things,
              Po Box 981400,    El Paso, TX 79998-1400
16960116     +E-mail/PDF: gecsedi@recoverycorp.com Mar 08 2012 03:34:22     Gemb/Walmart,   Po Box 981400,
              El Paso, TX 79998-1400
16960123     +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 08 2012 02:44:07      Kohls/Chase,
              N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
                                                                                               TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16960105*    ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank,   38 Fountain Square Plz,   Cincinnati, OH 45263)
16960106*    +Fifth Third Bank,   5050 Kingsley Dr,   Cincinnati, OH 45227-1115
16960142*    ++VON MAUR INC,   6565 BRADY STREET,   DAVENPORT IA 52806-2054
              (address filed with court: Von Maur,   P.O. Box 790298,   Saint Louis, MO 63179-0298)
16960079     ##+Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
16960083     ##Bank of America,   P.O. Box 15028,   Wilmington, DE 19850-5028
16960088     ##+Cco Mortgage Corp.,   2812 Emerywood Pkwy,   Richmond, VA 23294-3727
16960100     ##+Citi Ctb,   Po Box 22066,   Tempe, AZ 85285-2066
                                                                                      TOTALS: 0, * 3, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 09, 2012**                        **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: cgreen            Page 3 of 3            Date Rcvd: Mar 07, 2012
                              Form ID: pdf006         Total Noticed: 65
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2012 at the address(es) listed below:

```
          Diane Brazen Gordon    on behalf of Debtor Susan Liparota dbg@brazengordon.com,
           klharrison@therogerslawgroup.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Steven R Radtke    sradtke@chillchillradtke.com,   sradtke@ecf.epiqsystems.com
          Steven R Radtke    on behalf of Trustee Steven Radtke sradtke@chillchillradtke.com
                                                                                             TOTAL: 4
```