UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
SUSAN J. LIPAROTA § Case No. 11-10650
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter ___ on _____ . The case was pending for ___ months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/STEVEN R. RADTKE_____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Susan J. Liparota |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Oxford Bank and Trust 1100 West Lake St Addison, IL 60101 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE STEVEN R. RADTKE | | | | | |
| TRUSTEE STEVEN R. RADTKE | | | | | |
| Bank of America | | | | | |
| Steven R. Radtke | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Blmdsnb 9111 Duke Blvd Mason, OH 45040 | | | | | |
| | Capital One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Cco Mortgage Corp. 2812 Emerywood Pkwy Richmond, VA 23294 | | | | | |
| | Cco Mortgage Corp. 2812 Emerywood Pkwy Richmond, VA 23294 | | | | | |
| | Cco Mortgage Corp. 2812 Emerywood Pkwy Richmond, VA 23294 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 5)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chrysler Financial 5225 Crooks Rd Ste 140 Troy, MI 48098 | | | | | |
| | Citi Ctb Po Box 22066 Tempe, AZ 85285 | | | | | |
| | Citi Flex Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Com ed P.O. Box 805379 Chicago, IL 60680-5379 | | | | | |
| | Fifth Third Bank 5050 Kingsley Drive Cincinnati, OH 45227 | | | | | |
| | Frank Liparota 5240 N. Meade Chicago, IL 60630 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gemb/Jcp Po Box 984100 El Paso, TX 79998 | | | | | |
| | Gemb/Jcp Po Box 984100 El Paso, TX 79998 | | | | | |
| | Gemb/L&T Po Box 981400 El Paso, TX 79998 | | | | | |
| | Gemb/Linen N Things Po Box 981400 El Paso, TX 79998 | | | | | |
| | Gemb/Walmart Po Box 981400 El Paso, TX 79998 | | | | | |
| | Hsbc/Carsn Po Box 15521 Wilmington, DE 19805 | | | | | |
| | Hsbc/Wicks 90 Christiana Rd New Castle, DE 19720 | | | | | |
| | Kohls/Chase N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | | | | |
| | Lord Tayor 424 5th Avenue New York, NY 10018-2771 | | | | | |
| | Macys 9111 Duke Blvd Mason, OH 45040 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nbgl Carsons 140 Industrial Drive Elmhurst, IL 60126 | | | | | |
| | Oxford Bank & Trust 1111 W. 22nd St. Suite 800 Oak Brook, IL 60523 | | | | | |
| | Radio/Cbsd Po Box 7038 Sioux Falls, SD 57117-7038 | | | | | |
| | Resurrection Medical Center P.O. Box 220281 Chicago, IL 60622-0281 | | | | | |
| | Rnb-Fields3 Po Box 9475 Minneapolis, MN 55440 | | | | | |
| | Sears/Cbsd Po Box 6189 Sioux Falls, SD 57117 | | | | | |
| | Sears/Cbsd Po Box 6189 Sioux Falls, SD 57117 | | | | | |
| | Sunset Village 2450 Waukegan Road Northfield, IL 60093 | | | | | |
| | Target Nb Po Box 673 Minneapolis, MN 55440 | | | | | |
| | Visdsnb 9111 Duke Blvd Mason, OH 45040 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Von Maur 6565 Brady St Davenport, IA 52806-2054 | | | | | |
| | Wfnnb/Lane Bryant 4590 E Broad St Columbus, OH 43213 | | | | | |
| | Wfnnb/Woman/Within 4590 E Broad St Columbus, OH 43213 | | | | | |
| 2 | Fifth Third Bank | | | | | |
| 6 | Ge Money Bank | | | | | |
| 7 | Ge Money Bank | | | | | |
| 3 | N. A. Chase Bank Usa | | | | | |
| 4 | N. A. Chase Bank Usa | | | | | |
| 1 | N. A. Fia Card Services | | | | | |
| 5 | Von Maur | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-10650 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | SUSAN J. LIPAROTA | | | | Date Filed (f) or Converted (c): | 03/15/2011 (f) |
| | | | | | 341(a) Meeting Date: | 04/25/2011 |
| For Period Ending: | 06/06/2012 | | | | Claims Bar Date: | 09/28/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. cash in possession | 50.00 | 50.00 | DA | 0.00 | FA |
| 2. checking at PNC | 604.16 | 604.16 | DA | 0.00 | FA |
| 3. checking account Fifth Third Bank | 7.00 | 7.00 | DA | 0.00 | FA |
| 4. security deposit for apartment | 795.00 | 795.00 | DA | 0.00 | FA |
| 5. household goods, furnitures, electronics, small appliances, | 750.00 | 750.00 | DA | 0.00 | FA |
| 6. clothing | 500.00 | 500.00 | DA | 0.00 | FA |
| 7. costume jewelry | 100.00 | 100.00 | DA | 0.00 | FA |
| 8. term life insurance | 0.00 | 0.00 | DA | 0.00 | FA |
| 9. 2010 tax refund | 512.00 | 512.00 | DA | 0.00 | FA |
| 10. copyright for religious poetry written by debtor | 0.00 | 0.00 | DA | 0.00 | FA |
| 11. Excess proceeds representing manufactured home loan balance | 15,152.55 | 15,152.55 | | 15,152.55 | FA |
| 12. 2002 Chrysler PT Cruiser, approximately 121,000 miles; value | 3,405.00 | 3,405.00 | DA | 0.00 | FA |
| 13. cats | 0.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.90 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $21,875.71        $21,875.71        $15,153.45        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Surplus on sale of mobile home subject to wildcard exemption. checked claims. disbursed exemption. working on final report; TFR approved, filed; hrg set for 4/2012; checks mailed out 4/11/12

| RE PROP # | 11 | -- | Excess proceeds of sale of mobile home; Debtor claimed and exempted homestead exemption; Trustee objected to claim of homestead; objection was sustained by order of Court. |

Initial Projected Date of Final Report (TFR): 10/31/2012     Current Projected Date of Final Report (TFR):

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 11-10650  
Case Name: SUSAN J. LIPAROTA  
Taxpayer ID No: XX-XXX5708  
For Period Ending: 06/06/2012  

Trustee Name: STEVEN R. RADTKE  
Bank Name: Bank of America  
Account Number/CD#: XXXXXX9957  
Money Market Account  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/04/11 | 11 | Oxford Bank<br>P.O. Box 129<br>Addison, IL 60101-0129 | Proceeds of Sale | 1129-000 | $15,152.55 | | $15,152.55 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.08 | | $15,152.63 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.13 | | $15,152.76 |
| 06/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.12 | | $15,152.88 |
| 07/29/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.12 | | $15,153.00 |
| 08/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.14 | | $15,153.14 |
| 09/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.12 | | $15,153.26 |
| 10/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.13 | | $15,153.39 |
| 10/31/11 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.30 | $15,134.09 |
| 11/15/11 | INT | Bank of America | Post accrued interest for account number 4437829957. | 1270-000 | $0.06 | | $15,134.15 |
| 11/15/11 | | Transfer to Acct # xxxxxx0425 | Transfer of Funds from MMA account xxx9957 to Checking account xxx0425 | 9999-000 | | $15,134.15 | $0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $15,153.45 | $15,153.45 |
| Less: Bank Transfers/CD's | $0.00 | $15,134.15 |
| Subtotal | $15,153.45 | $19.30 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $15,153.45 | $19.30 |
| Page Subtotals: | $15,153.45 | $15,153.45 |

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 11-10650 | Trustee Name: STEVEN R. RADTKE |
| Case Name: SUSAN J. LIPAROTA | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX0425 |
| | Checking |
| Taxpayer ID No: XX-XXX5708 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/06/2012 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/15/11 | | Transfer from Acct # xxxxxx9957 | Transfer of Funds from MMA account xxx9957 to Checking account xxx0425 | 9999-000 | $15,134.15 | | $15,134.15 |
| 11/15/11 | 101 | Susan J. Liparota | Debtor Exemption<br>Debtor's wildcard exemption in proceeds of sale mobile home | 8100-002 | | $2,833.84 | $12,300.31 |
| 04/10/12 | 102 | TRUSTEE STEVEN R. RADTKE<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603 | Final Distribution Trustee Expenses | 2200-000 | | $5.55 | $12,294.76 |
| 04/10/12 | 103 | TRUSTEE STEVEN R. RADTKE<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603 | Final Distribution Trustee Fees | 2100-000 | | $1,981.96 | $10,312.80 |
| 04/10/12 | 104 | Steven R. Radtke<br>79 West Monroe Street, Suite 1305<br>Chicago, IL 60603 | Final Distribution Attorney for Trustee Fees | 3110-000 | | $5,000.00 | $5,312.80 |
| 04/10/12 | 105 | N. A. Fia Card Services<br>Fia Card Services, N.A.<br>Po Box 15102<br>Wilmington, De 19886-5102 | Final distribution to claim 1 representing a payment of 22.28 % per court order. | 7100-000 | | $3,589.98 | $1,722.82 |
| 04/10/12 | 106 | Fifth Third Bank<br>Po Box 829009<br>Dallas, Tx 75382 | Final distribution to claim 2 representing a payment of 22.28 % per court order. | 7100-000 | | $1,171.29 | $551.53 |
| 04/10/12 | 107 | N. A. Chase Bank Usa<br>Chase Bank Usa, N.A.<br>Po Box 15145<br>Wilmington, De 19850-5145 | Final distribution to claim 3 representing a payment of 22.28 % per court order. | 7100-000 | | $278.97 | $272.56 |
| 04/10/12 | 108 | N. A. Chase Bank Usa<br>Chase Bank Usa, N.A.<br>Po Box 15145<br>Wilmington, De 19850-5145 | Final distribution to claim 4 representing a payment of 22.28 % per court order. | 7100-000 | | $217.26 | $55.30 |
| 04/10/12 | 109 | Von Maur<br>6565 Brady St<br>Davenport, Ia 52806-2054 | Final distribution to claim 5 representing a payment of 22.28 % per court order. | 7100-000 | | $17.17 | $38.13 |

Page Subtotals:  $15,134.15  $15,096.02

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-10650 | Trustee Name: STEVEN R. RADTKE |
| Case Name: SUSAN J. LIPAROTA | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX0425 |
| | Checking |
| Taxpayer ID No: XX-XXX5708 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/06/2012 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/10/12 | 110 | Ge Money Bank<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Ave Suite 1120<br>Miami Fl 33131-1605 | Final distribution to claim 6 representing a payment of 22.28 % per court order. | 7100-000 | | $18.74 | $19.39 |
| 04/10/12 | 111 | Ge Money Bank<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Ave Suite 1120<br>Miami Fl 33131-1605 | Final distribution to claim 7 representing a payment of 22.28 % per court order. | 7100-000 | | $19.39 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $15,134.15 | $15,134.15 |
| Less: Bank Transfers/CD's | $15,134.15 | $0.00 |
| Subtotal | $0.00 | $15,134.15 |
| Less: Payments to Debtors | $0.00 | $2,833.84 |
| Net | $0.00 | $12,300.31 |

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*       Page Subtotals:       $0.00       $38.13

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX0425 - Checking | $0.00 | $12,300.31 | $0.00 |
| XXXXXX9957 - Money Market Account | $15,153.45 | $19.30 | $0.00 |
|  | $15,153.45 | $12,319.61 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $15,153.45 |
| Total Gross Receipts: | $15,153.45 |